# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-03115 SJO (JTLx) | Date | 10/21/09 |
|---|---|---|---|
| Title | : United States of America v. Ruby Valentino McCoy | | |

Present: The Honorable   S. JAMES OTERO

| Victor Paul Cruz | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

not present   not present

**Proceedings:**   IN CHAMBERS

Case should have be closed on Order for Summary Judgment filed on 10/09/09, #32.  Make JS-6.

:

Initials of Preparer